**DISMISS and Opinion Filed August 4, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00298-CV

**LINDA LEWIS AND LAURA ROBERTS, Appellants**

**V.**

**SELECT MEDICAL CORPORATION, SELECT MEDICAL CORPORATION CEO DAVID CHERNOW, EXECUTIVE CHAIRMAN ROBERT ORTENZIO, VICE CHAIRMAN ROCCO A. ORTENZIO, SELECT SPECIALTY HOSPITAL SOUTH DALLAS, AND DR. ADOLPHUS GIST, Appellees**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-06056-C**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Francis, and Justice Stoddart
Opinion by Chief Justice Wright

This Court questioned its jurisdiction over this appeal because there did not appear to be a final judgment or other appealable order. We instructed appellants to file a letter brief addressing our concern and gave appellees an opportunity to respond.

Generally, this Court has jurisdiction only over appeals from final judgments and certain interlocutory orders as permitted by statute. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). A final judgment is one that disposes of all pending parties and claims. *See id*.

Appellants appeal from the trial court's March 20, 2017 partial summary judgment. That judgment disposes of the plaintiffs' claims against only defendants Select Medical Corporation

and Select Specialty Hospital South Dallas. Plaintiffs' claims against defendants David Chernow, Robert Ortenzio, Rocco A. Ortenzio, and Dr. Adolphus Gist remain pending.

Appellant Linda Lewis filed a letter brief in which she asks this Court for permission to appeal the interlocutory order. There is no statutory authority allowing an appeal of an interlocutory order granting partial summary judgment. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(1)-(13) (West Supp. 2016). Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

170298F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

LINDA LEWIS AND
LAURA ROBERTS, Appellants

No. 05-17-00298-CV     V.

SELECT MEDICAL CORPORATION,
SELECT MEDICAL CORPORATION CEO
DAVID CHERNOW, EXECUTIVE
CHAIRMAN ROBERT ORTENZIO, VICE
CHAIRMAN ROCCO A. ORTENZIO,
SELECT SPECIALTY HOSPITAL SOUTH
DALLAS AND DR. ADOLPHUS GIST,
Appellees

On Appeal from the County Court at Law
No. 3, Dallas County, Texas
Trial Court Cause No. CC-16-06056-C.
Opinion delivered by Chief Justice Wright.
Justices Francis and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees, SELECT MEDICAL CORPORATION, SELECT MEDICAL CORPORATION CEO DAVID CHERNOW, EXECUTIVE CHAIRMAN ROBERT ORTENZIO, VICE CHAIRMAN ROCCO A. ORTENZIO, SELECT SPECIALTY HOSPITAL SOUTH DALLAS AND DR. ADOLPHUS GIST recover their costs of this appeal from appellants LINDA LEWIS AND LAURA ROBERTS.

Judgment entered August 4, 2017.